UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIDGEWAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. DOERER,<br><br>　　　　　Defendant. | No. 1:24-cv-01180 GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY COURT ORDER<br><br>(See ECF No. 2)<br><br>PLAINTIFF'S SHOWING OF CAUSE, OR IN THE ALTERNATIVE, HIS RESPONSE TO COURT ORDER DUE IN THIRTY DAYS |

　　　　Plaintiff, a federal inmate proceeding pro se, appears to have filed this civil rights action to seek relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　For the reasons stated below, Plaintiff will be ordered to show cause why this matter should not be dismissed for failure to obey a court order. In the alternative, Plaintiff may file a signed complaint with the above-referenced case number on it along with a complete application to proceed in forma pauperis. See ECF No. 2. Plaintiff shall have thirty days to take either course of action.

　　　　I.　　　RELEVANT BACKGROUND

　　　　On October 3, 2024, Plaintiff was ordered to file an application to proceed in forma

1

pauperis and a signed complaint with the case number that has been assigned to him.  See ECF No. 2 at 9.  Plaintiff has not filed a signed complaint in this matter that has the above-referenced case number on it, nor has he not filed a complete application to proceed in forma pauperis, either.  See 28 U.S.C. § 1915(a)(1)-(2).  The Court also notes that Plaintiff has not requested an extension of time to comply with the Court's order.

II. DISCUSSION

Both the Court and the public have an interest in the disposal of cases in an expedient manner.  See generally Hernandez v. City of El Monte, 138 F.3d 393, 399 (9th Cir. 1998) (presuming public has interest in expeditious litigation).  Plaintiff's failure to file a signed complaint with his own case number on it, and a complete application to proceed in forma pauperis (or pay the filing fee in full) has stalled this process, and it warrants the Court issuing an order directing him to show cause why this matter should not be dismissed for failure to obey a court order.  As a result, an order to show cause shall issue.  Plaintiff will be given thirty days to respond to it.  As an alternative to Plaintiff filing the showing of cause, within the same thirty-day period, Plaintiff may instead file a signed complaint with his own case number on it, and a complete application to proceed in forma pauperis (or pay the filing fee in full) as he was previously ordered to do.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order Plaintiff shall SHOW CAUSE why this matter should not be dismissed for failure to obey a court order, and

2. As an ALTERNATIVE to filing the showing of cause, Plaintiff may file a signed complaint with his own case number on it, and a complete application to proceed in forma pauperis (or pay the filing fee in full) as he has been previously ordered to do.  See ECF No. 2 ; see also 28 U.S.C. § 1915(a)(1)-(2).

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this matter be dismissed.**

IT IS SO ORDERED.

Dated: __**December 13, 2024**__              __**/s/ Gary S. Austin**__
                                              UNITED STATES MAGISTRATE JUDGE